1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MIKA ALFARO,
11           Plaintiff,
12      vs.                                CIV S-07-2441 LKK KJM PS
13  DENNY'S,
14           Defendant.          ORDER
15  _____/
16           Plaintiff has not paid the fee ordinarily required to file an action in this court, and
17  has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C.
18  §§ 1914(a), 1915(a). Plaintiff states she receives pensions or life insurance payments, disability
19  payments, and gifts or inheritances but does not state the amounts. Plaintiff will be provided the
20  opportunity to submit either the appropriate affidavit in support of a request to proceed in forma
21  pauperis or the appropriate filing fee.
22           In accordance with the above, IT IS HEREBY ORDERED that:
23           1. Plaintiff shall submit, within twenty days from the date of this order, either a
24  completed application and affidavit in support of his request to proceed in forma pauperis on the
25  form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
26  with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED:  November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

006
alfaro.inc