IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

        Plaintiff,                      No. CIV S-07-2441 LKK KJM PS

    vs.

DENNY'S,

        Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed November 26, 2007, plaintiff was ordered to file either a completed application and affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The November 26th order was reserved on plaintiff on December 5, 2007. The time period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

7  /alfa2441.fta